United States District Court
Southern District of Texas
ENTERED
AUG 0 4 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
AUG 4 1998
Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SOILA RODRIGUEZ ON BEHALF OF AMBER DENISE MENDEZ, A MINOR § § § § | |
| VS. § | CIVIL ACTION NO. B-97-241 |
| § | |
| WAL-MART STORES, INC., VI-JON LABS, INC.; JOVITA MEDINA AND SCOTT DECKER § § § | |

## ORDER GRANTING SUBSTITUTION OF COUNSEL

BE IT REMEMBERED that on this 4th day of August, 1998, came on to be heard Jamie Drabek, attorney-in-charge for Defendant, Wal-Mart Stores, Inc.'s Motion to Substitute Attorneys, and the Court, after having considered the same, is of the opinion that it should be in all things GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that William A. Abernethy and the law firm of Meredith, Donnell & Abernethy, be and are hereby, substituted as attorney-in-charge for Defendant, Wal-Mart Stores, Inc., in the above-entitled and numbered cause of action, and Jamie Drabek is hereby dismissed as attorney-in-charge.

SIGNED this 4th day of August, 1998.

_____
JUDGE PRESIDING

O:\ATTYS\WAA\AMZ\RODRI-S.OSC
WAA:rv (2/18/98)