18

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
FILED

SEP 0 1 1998

Michael N. Milby
Clerk of Court

SOLIA RODRIGUEZ, ET AL § 
§ 
versus § CIVIL ACTION  B 97-241
§ 
§ 
WAL MART STORES, INC., ET AL §

United States District Court
Southern District of Texas
RECEIVED  Entered

SEP 0 4 1998

Michael N. Milby, Clerk of Court
By: _____

## Order Setting Hearing

1. A hearing will be held before Judge Hilda G. Tagle on:

    _September 22_, 1998

    at ___11:30___ .m.

    Courtroom, Fourth Floor
    United States Court House
    500 East Tenth Street
    Brownsville, Texas 78521.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on _September 1_, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.