*19*

# UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**FILED**

**SEP 1 7 1998**

Michael N. Milby, Clerk of Court

CIVIL ACTION *B-97-241*

*Rodriguez*

§
§
§
*versus*      §
§
§
*Wal-Mart*      §
§

United States District Court
Southern District of Texas
**ENTERED**

**SEP 1 8 1998**

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Order Resetting Hearing

The hearing set _____ *9-22-98* _____ has been reset to:

_____ *9-24-98* _____,

at _____ *11:00* _____ a.m.

Signed on _____ *Sep. 17* _____, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge