21

United States District Court
Southern District of Texas
ENTERED
SEP 25 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
SEP 24 1998
Michael N. Milby
Clerk of Court

| | |
|---|---|
| SOILA RODRIGUEZ ON BEHALF OF AMBER DENISE MENDEZ, A MINOR | § § § § |
| VS. | § CIVIL ACTION NO. B-97-241 |
| WAL-MART STORES, INC., VI-JON LABS, INC.; JOVITA MEDINA AND SCOTT DECKER | § § § § |

## ORDER OF SEVERANCE

On the date set out hereinbelow came on to be heard the Motion for Severance filed by Defendants Wal-Mart Stores, Inc., Jovita Medina, and Scott Decker. The Court, after having considered the Motion, is of the opinion that the Motion is well founded and should be in all respects, GRANTED.

IT IS, THEREFORE, ORDERED, that the Plaintiff's causes of action against Wal-Mart Stores, Inc., Jovita Medina, and Scott Decker be, and the same hereby are, SEVERED.

IT IS FURTHER ORDERED that the Clerk of this Court is ORDERED to assign a new cause number to those claims severed by this Order.

SIGNED this _September 24_, 1998

_____
JUDGE PRESIDING

O:\ATTYS\JEP\CASES\RODRIGUE\ORD.SEV