22

United States District Court
Southern District of Texas
ENTERED

SEP 2 5 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 4 1998

Michael N. Milby
Clerk of Court

SOILA RODRIGUEZ, ON BEHALF   §
OF AMBER DENISE MENDEZ,   §
A MINOR   §
  §
VS.   §   CIVIL ACTION NO. **B-97-241**
  §   JURY
WAL-MART STORES, INC., VI-JON   §
LABS, INC., JOVITA MEDINA AND   §
SCOTT DECKER   §

## ORDER ON
## DEFENDANT'S MOTION FOR SEVERANCE AND FOR
## FINAL SUMMARY JUDGMENT

BE IT REMEMBERED THAT, on this day came on to be heard the
Vi-Jon Labs, Inc.
Defendant's Motion For Summary Judgment and this Court, finding merit in said

motion, is of the opinion that said Motion For Severance and for Final Summary

Judgment should be, in all things:

GRANTED / DENIED

SIGNED this 24 day of _September_____, 1998.

_____
JUDGE PRESIDING