United States District Court
Southern District of Texas
ENTERED
SEP 25 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
SEP 24 1998
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SOILA RODRIGUEZ ON BEHALF § <br> OF AMBER DENISE MENDEZ, § <br> A MINOR § <br>  § <br> VS. § <br>  § <br> WAL-MART STORES, INC., § <br> JOVITA MEDINA AND § <br> SCOTT DECKER § | CIVIL ACTION NO. B-97-241 |

## ORDER OF SUMMARY JUDGMENT

On the date set out hereinbelow came on to be heard the Motion for Summary Judgment filed by Defendants Wal-Mart Stores, Inc., Jovita Medina, and Scott Decker. The Court, after having considered the Motion, is of the opinion that the Motion is well founded and should be in all respects, GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that Defendant Wal-Mart Stores, Inc. have and is hereby awarded judgment in its favor on all causes of action asserted against it in this lawsuit. IT IS FURTHER ORDERED that the Plaintiff's causes of action against Defendant Wal-Mart Stores, Inc. be, and the same hereby are, DISMISSED. IT ~~IS FURTHER ORDERED that Defendant Wal-Mart Stores, Inc., recover its costs incurred in this action from the Plaintiff~~.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Jovita Medina have and is hereby awarded judgment in her favor on all causes of action asserted against her in this lawsuit. IT IS FURTHER ORDERED that the Plaintiff's causes of action against Defendant Jovita Medina be, and the same hereby are, DISMISSED. IT ~~IS FURTHER ORDERED that Defendant Jovita Medina recover her costs incurred in this action from the Plaintiff~~.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Scott Decker have and is hereby awarded judgment in his favor on all causes of action asserted against him in this lawsuit. IT IS FURTHER ORDERED that the

- 2 -

Plaintiff's causes of action against Defendant Scott Decker be, and the same hereby are, DISMISSED. IT ~~IS FURTHER ORDERED~~ that ~~Defendant Scott Decker recover~~ his ~~costs incurred in this action from the Plaintiff.~~

All relief not expressly granted is hereby DENIED.

SIGNED this 24 day of September, 1998

_____
JUDGE PRESIDING

O:\ATTYS\JEP\CASES\RODRIGUB\ORD.MSJ